# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**IN RE:**

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

SHARROD T LONGS
TINICIA N LONGS
        Debtor(s)

**CASE NO. BKY 05-40906 RJK**

---

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Sharrod T. Longs in the amount of $1.00, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Sharrod T. Longs<br>Tinicia N. Longs<br>3429 Chicago Avenue South<br>Minneapolis, MN 55407 | | $1.00 |

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: February 11, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee